OPINION — AG — ** ELECTOR — COUNTY SUPERINTENDENT OF SCHOOLS — OFFICE ** 70 O.S. 4-101 [70-4-101](2), WHICH REQUIRES ALL CANDIDATES FOR THE OFFICE OF COUNTY SUPERINTENDENT TO HAVE A STANDARD MASTERS DEGREE OR AN ADMINISTRATOR'S CERTIFICATE, IS CONSTITUTIONAL. (EDUCATION, QUALIFICATION, ELECTION, SCHOOLS, CANDIDATE, OFFICE, ELECTION, OFFICERS, REQUIREMENTS, ELIGIBILITY) CITE: ARTICLE XVII, SECTION 2, 70 O.S. 4-101 [70-4-101] (KAY HARLEY JACOBS)